FILED
JAN 21 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 19-CR-30032-NJR-1 |
| | ) | |
| SEAN HALL, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Alexandria Burns, Assistant United States Attorney for said District, herewith enters into the following Stipulation of Facts with the defendant:

1. On February 26, 2019, O'Fallon Police Department conducted a traffic stop on a vehicle in which Defendant was a passenger. A firearm, which was identified as a brown and black Taurus Millennium G2 PT111, 9mm, semi-automatic handgun, serial number TKX63314, was located inside the vehicle.

2. A search warrant was executed on Defendant's mobile device, an Apple iPhone 8 Plus with UDID: 0586725c7df97e5e242e55bba796fc654da5e73e, using apple ID: sean19hall96@yahoo.com, and phone number 618-974-1873. Contained within the device were Defendant's conversations and photographs along with metadata providing the date and location of the conversations and photographs.

3. Defendant had knowingly previously been convicted of a felony that was punishable by more than one year of imprisonment. Specifically, Defendant pled guilty on October 10, 2013, to the felony of Unlawful Possession of Marijuana in the 20th Judicial Circuit, Saint Clair County, Illinois, in case number 13-CF-1483. Defendant

was aware of his prior conviction and was further aware that he was prohibited from possessing a firearm and ammunition.

4. Defendant had numerous conversations regarding the sale of numerous firearms which often included photographs of the firearms.

5. Specifically, Defendant had a conversation with D.C. on December 1, 2018, regarding a "G2" which was slang for a black Taurus G2 semi-automatic handgun. Defendant acknowledged selling and transferring that firearm to D.C. Defendant later requested D.C. return the black "G2" firearm. In exchange for the return of the black "G2" firearm, Defendant transferred a blue and black firearm, specifically a Jimenez Arms, model J.A. Nine, 9mm, Luger semi-automatic handgun, serial number 423722 to D.C., between January 25, 2019 and February 26, 2019.

6. Defendant was in possession of numerous firearms in photographs. Defendant acknowledges that these firearms were in fact real firearms. These possessions occurred after his felony conviction, during a time when he was prohibited from possessing any firearms or ammunition. Defendant admits that he possessed at least 3-7 firearms during this time period.

7. The Defendant's possession of all of the stipulated firearms took place in the Southern District of Illinois.

8. The Jimenez Arms, model J.A. Nine, 9mm, Luger semi-automatic handgun, serial number 423722 was manufactured outside of the State of Illinois and transported in interstate commerce.

**SO STIPULATED:**

STEVEN D. WEINHOEFT

United States Attorney

_____
SEAN HALL
Defendant

_____
ALEXANDRIA BURNS
Assistant United States Attorney

_____
DANIEL CRONIN
Attorney for Defendant

Date: 1-21-20

Date: 1/21/2020